MA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED FEB 16 2012 2-16-12 THOMAS G BRUTON CLERK, US DISTRICT COURT

Dale T. Mosley
_____

(Name of the plaintiff or plaintiffs)

v.

IL Dept. of Labor
_____

(Name of the defendant or defendants)

CIVIL ACTION

12-cv-01123
Judge Samuel Der-Yeghiayan
Magistrate Judge Susan E. Cox

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is Dale T. Mosley of the county Cook in the state of IL.
3. The defendant is _____, whose street addre is 160 N. LaSalle Suite 1300 (city) Chicago (county) Cook (state) IL (ZIP) 60601
(Defendant's telephone number) (312)-793-2800
II The plaintiff sought employment or was employed by the defendant at (street addre 160 N. LaSalle (city) Chicago (county) Cook (state) IL (ZIP code) 60601

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☒ was employed but is no longer employed by the defendant.
6. The defendant discriminated against the plaintiff on or about, or beginning on or abc (month) Jan, (day) 6, (year) 2010.

7.1 *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one bo.*

☐ has not ☒ has filed a charge or charges against the defendant asserting the acts discrimination indicated in this complaint with any of the following government agencie

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

    (ii) ☐ the Illinois Department of Human Rights, on or about (month) _8_ (day) _27_ (year) _2010_.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached. ☒ YES. ☐ N

**but plaintiff will file a copy of the charge within 14 days.**
It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Hum Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that tl policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserti the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year)_____
    ☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

c. Attached is a copy of the

    a. Complaint of Employment Discrimination,
    ☐ YES ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision
    ☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of*

  *to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of R*

  *Sue,* which was received by the plaintiff on (month) _Novemba_ (day) _2_

  (year) _2011_ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that*

  (a) ☐ Age (Age Discrimination Employment Act).
  (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
  (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)
  (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
  (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
  (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
  (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. §

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claim U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and § 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C.

12. The defendant [*check only those that apply*]

  (a) ☐ failed to hire the plaintiff.
  (b) ☒ terminated the plaintiff's employment.
  (c) ☐ failed to promote the plaintiff.
  (d) ☐ failed to reasonably accommodate the plaintiff's religion.
  (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
  (f) ☒ failed to stop harassment;
  (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights prot the laws identified in paragraphs 9 and 10 above;
  (h) ☐ other (specify): _____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

plaintiff was in a protected group when filing complaints against employer when it was divulged that a remote access device was placed on plaintiffs work computer and was used to manipulate plaintiffs files and exposed sensitive documents. Supervisor instructed plaintiff to file several complaints then later asked plaintiff if plaintiff was aware that upper management had "found a

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discri[minated] against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [che[ck] those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.
(b) ☒ Direct the defendant to re-employ the plaintiff.
(c) ☐ Direct the defendant to promote the plaintiff.
(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
(f) ☒ Direct the defendant to (specify): to make plaintiff whole and administer damages

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidate[d] damages, front pay, compensatory damages, punitive damages, prejudgment intere[st, post-] judgment interest, and costs, including reasonable attorney fees and expert witness fe[es].

(h) ☐ Grant such other relief as the Court may find appropriate.

_Dale Mosley_
Plaintiff's signature

Dale Mosley
Plaintiff's name

Plaintiff's street address  490 Hickory St Unit #2
Chicago Heights, IL 60411

City Chicago Heights  State IL  ZIP 60411

Plaintiff's telephone number  773-220-6635

Date: 2/16/2012

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Dale Mosley<br>12601 South Winchester Avenue<br>Apt. 203<br>Calumet Park, IL 60827 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL 7011 0470 0002 4703 7203 CP**

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2010-05938 | Jermeitrik Christian, Investigator | (312) 869-8034 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     11-17-11
John P. Rowe,                 *(Date Mailed)*
District Director

Enclosures(s)

cc:     **ILLINOIS DEPARTMENT OF LABOR**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2010-05938 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Dale Mosley** | **(773) 724-9338** | **04-15-1955** |

Street Address: **12601 S. Winchester Ave Apt. 203, Calumet Park, IL 60827**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **ILLINOIS DEPARTMENT OF LABOR** | **500 or More** | **(312) 793-2800** |

Street Address: **160 North Lasalle Avenue Suite C-1300, Chicago, IL 60601**

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: **08-27-2010**
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on November 1, 2007. My most recent position is Labor Conciliator. During my tenure with Respondent, I have been subjected to harassment. I complained to Respondent, subsequently the harassment continued to no avail. Other similarly situated non-Black or non-disabled employees have not been subjected to similar treatment.

I believe that I have been discriminated because of my disability and retaliated against for engaging in protected activity in violation of the Americans with Disabilities Act of 1990, as amended.

I believe that I have been discriminated against because of my race, Black, and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
AUG 27 2010
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Aug 27, 2010 — *Dale Mosley* — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)