Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 1123 | **DATE** | 5/23/2012 |
| **CASE TITLE** | Dale T. Mosley vs. Dept. of Labor | | |

**DOCKET ENTRY TEXT**

Motion by plaintiff to reinstate case and for leave for file amended complaint [20] is denied.

■[ For further details see text below.]  Notices mailed by Judicial staff.

**STATEMENT**

This matter is before the court on Plaintiff Dale T. Mosley's (Mosley) *pro se* fourth motion to reinstate the instant action. On February 29, 2012, the court dismissed the instant action since Mosley had failed to state a valid claim for relief. Pursuant to Federal Rule of Civil Procedure 58, the Clerk of Court promptly entered judgment. Mosley then filed a motion to reinstate, requesting that the court reinstate the instant action and requesting leave to file an amended complaint. On April 12, 2012, the court denied the motions since Mosley had not shown that the court erred in dismissing the instant action, and since the request to file an amended complaint was untimely. *See, e.g., Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 512 (7th Cir. 2007). Mosely then filed a second motion to reinstate, which was denied on April 18, 2012. Mosley subsequently filed a third motion to reinstate, which the court denied on May 2, 2012. In denying the third motion to reinstate, the court noted that it was the third such similar motion that the court had denied. The court also warned Mosley that any future filings of similar

| STATEMENT |
|---|

motions may result in sanctions against Mosley. Mosely subsequently brought the instant motion.

In the instant motion, Mosley again fails to provide any additional arguments showing that she stated a valid claim for relief in her complaint filed on February 16, 2012, or showing that the court erred in dismissing the instant action. The instant motion is therefore denied. Mosely is given one final warning. If Mosely persists in filing motions to reinstate without any legitimate legal basis, she will face monetary sanctions by this court.